PMC/vd 2013R00126

FILED ___ ENTERED
LODGED ___ RECEIVED

FEB 1 5 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. JKB-13-064 |
| | * | |
| DUSTIN NORRIS, | * | (Conspiracy, 18 U.S.C. § 371) |
| | * | |
| Defendant. | * | |

*******

## INFORMATION

The United States Attorney for the District of Maryland and the Assistant Attorney General for the Civil Rights Division of the United States Department of Justice charge that:

## COUNT ONE

### Defendant and Other Entities

At all times material herein:

1. Roxbury Correctional Institution (hereinafter "RCI") was a facility of the Maryland Department of Public Safety and Correctional Services.

2. Defendant **DUSTIN NORRIS** was a Correctional Officer at RCI in Hagerstown, Maryland, in the District of Maryland.

3. KD was an inmate at RCI.

4. On March 9, 2008, during the 7:00 a.m. to 3:00 p.m. shift, defendant **NORRIS** was on duty and was assigned to Housing Unit 5 at RCI.

5. On or about March 9, 2008, an RCI supervisor announced at roll call that inmate KD had assaulted an officer, and that inmate KD had been moved to a cell in the Administrative Segregation Intake Area, commonly referred to as ASIA.

### The Charge

6.  On or about March 9, 2008, at Roxbury Correctional Institution, in the District of Maryland, the defendant

### DUSTIN NORRIS,

willfully combined, conspired, and agreed with other officers at Roxbury Correctional Institution to commit offenses against the United States; that is, to inflict cruel and unusual punishment on inmate KD by maliciously and sadistically beating inmate KD in violation of 18 U.S.C. § 242.

### Object and Manner and Means of the Conspiracy

7.  It was the plan and purpose of the conspiracy that the defendant and his co-conspirators would beat inmate KD for the sole purpose of punishing KD for a prior assault on another RCI officer.

### Overt Acts

8.  In furtherance of the conspiracy, and to effect the objects thereof, defendant NORRIS and his co-conspirators committed the following overt acts, among others, in the District of Maryland:

The Assault

9.  On March 9, 2008, defendant NORRIS understood that he and other RCI officers would go to ASIA and assault inmate KD. Defendant NORRIS traveled with officers LK, MM, and RM from Housing Unit 5 to ASIA, where they met RCI officers Ryan Lohr and TH. Prior to that day, when defendant NORRIS started as an officer at RCI, he learned from other RCI officers that they would use force to punish and injure inmates. Defendant NORRIS understood that this RCI practice of using force to injure and punish inmates was unlawful.

10. On March 9, 2008, Defendant NORRIS and officers TH, LK, MM, and RM walked inside inmate KD's cell in ASIA in order to assault inmate KD. Defendant NORRIS saw inmate KD lying on the floor.

11. Once inside inmate KD's cell, defendant NORRIS and officers TH, LK, MM, and RM assaulted inmate KD in retaliation for the prior incident involving another RCI officer. Officers struck inmate KD on his head and body with fists and kicks.

12. Defendant NORRIS struck inmate KD even though he recognized that the force he and other RCI officers were using on KD was unjustified, unlawful, and intended to punish the inmate for his prior incident with a RCI officer. Defendant NORRIS saw that this use of force by himself and other officers had injured inmate KD.

13. After hitting inmate KD, defendant NORRIS walked out of inmate KD's cell and saw supervisor JH entering ASIA. Defendant NORRIS watched supervisor JH enter inmate KD's cell, and saw officer TH kick inmate KD in the head. Supervisor JH told defendant NORRIS: I had to get mine, too.

18 U.S.C. § 371.

_____ /RJR/
ROD J. ROSENSTEIN
United States Attorney
District of Maryland

2/14/13
Date

_____ /TEP/
THOMAS E. PEREZ
Assistant Attorney General
U.S. Department of Justice
Civil Rights Division

2/14/13
Date